were pending for the exchange of the lands, and he examined or had an opportunity to examine them, and determine for himself whether or not the taxes were due. This was in December, 1891. The taxes to which the question related were the city taxes of 1890 and 1891, which appeared from the tax bills themselves to have been long past due, and as to the local taxes the defendant was bound to take notice of the law in relation to the time when such taxes fell due. We do not think any error was committed by the court. The defendant was asked by his counsel whether he was in condition at the time to pay those taxes besides the $400 that the contract called for. We think this was clearly incompetent. The question as to his condition to pay taxes was entirely immaterial. If he had entered into the contract it was a matter of no concern, either to Roesch or the plaintiffs, whether he was in condition to pay the amount of the taxes or not. Nor do we think that any error was committed by the court in ruling out the offer of the defendant to show that the title to the property was in Charles Roesch, and that Louis Roesch had paid the consideration. We think it is immaterial, and does not constitute a defense to the plaintiffs' claim for commissions. On an examination of the return we do not see that any error was committed which calls upon this court to interfere with the judgment. Section 3063 of the Code of Civil Procedure provides that in appeals of this character "the appellate court must render judgment according to the justice of the case, without regard to technical errors or defects which do not affect the merits," and it is difficult to see how any of the questions which were ruled out are important or material as bearing upon the merits of the case. The judgment should therefore be affirmed, with costs. All concur.

---

FOERSTER *et al. v.* GALLINGER *et al.*

(*Supreme Court, General Term, First Department.* February 18, 1892.)

Action by William Foerster and others against Joseph Gallinger and others. No opinion. Motion denied, with $10 costs. See 17 N. Y. Supp. 144; 18 N. Y. Supp. 936, *mem.*

---

STANTON, Respondent, *v.* SISTARE *et al.,* Appellants.

(*Supreme Court, General Term, First Department.* February 18, 1892.)

Action by Stephen K. Stanton against William H. M. Sistare and others. No opinion. Motion granted, with $10 costs.

---

TORBETT *v.* GODWIN.

WATSON *v.* GODWIN.

(*Supreme Court, General Term, First Department.* February 18, 1892.)

Action by Ruth Torbett and by Jessie Watson, respectively, against Parke Godwin.

No opinion. Motion denied, with $10 costs. For former reports, see 1 N. Y. Supp. 614; 8 N. Y. Supp. 934; 17 N. Y. Supp. 46, 51.